JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSAMA RIZK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL GAME TECHNOLOGY PLC, a foreign corporation, dba IGT; and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 2:18-cv-06450-PSG (KSx)<br><br>[Hon. Philip S. Gutierrez]<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

Pursuant to the stipulation of the parties for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY ORDERED THAT the action is dismissed in its entirety with prejudice with each side to bear their own costs and fees.

SO ORDERED

DATED: 6-25-19

_____
The Honorable Philip Gutierrez
United States District Judge

ORDER OF DISMISSAL